

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### No. WR-82,539-01

### EX PARTE JESUS MANUEL GASPAR, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W09-30667-N(A)
### IN THE 195TH DISTRICT COURT FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession with intent to distribute methamphetamine and was sentenced to thirty-five years' incarceration. The conviction was affirmed on direct appeal. *Gaspar v. State*, No. 05-12-00121-CR (Tex.App.—Dallas Oct. 30, 2012) (not designated for publication).

Applicant claims, *inter alia*, that his guilty plea was involuntary and that counsel provided ineffective assistance. The trial court entered a timely order designating issues (ODI), which ordered trial counsel to provide an affidavit responding to the claims. The district clerk later forwarded the

habeas application to this Court as required, *see* TEX. R. APP. P. 73.4(b)(5), but the factual issues designated in the trial court's ODI appear to remain unresolved because the habeas record contains no affidavit from trial counsel or trial court findings.

The habeas record supports the trial court's determination that further fact-finding should be made. Applicant's habeas application is remanded to the trial court to resolve the controverted issues of fact and to enter findings of fact and conclusions of law. To resolve the controverted issues and make its findings and conclusion, the trial court may use any means set out in TEX. CODE CRIM. PROC. art. 11.07, § 3(d).

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: January 28, 2015
Do not publish